UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HARVEY MORSE,

    Plaintiff(s),

vs.                                           CASE NO.: 6:10-cv-655-Orl-31DAB

KATZ DELICATESSEN OF HOUSTON
STREET, INC., A NEW YORK
CORPORATION,

    Defendant(s).
_____/

## DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW DEFENDANT, KATZ DELICATESSEN OF HOUSTON STREET (hereafter KATZ or Defendant), by and through its undersigned counsel, and hereby responds to the Court's Order (Doc. 19) and shows cause why the settlement in this case has not been consummated:

1. As stated in Plaintiff's Motion (Doc. 18), the parties did reach a settlement in this matter and, through their counsel, agreed to settlement terms and conditions.

2. However, the Settlement Agreement signed by Plaintiff omitted a key condition of the settlement that was agreed to by the parties through their counsel and Defendant was unwilling to sign the Settlement Agreement without this agreed-to condition. Nevertheless, Plaintiff filed a Notice of Settlement (Doc. 16).

3. Plaintiff has refused to execute a Settlement Agreement that contains the full terms and conditions as agreed to by the parties through counsel.

4. Defendant now has agreed to accept the Settlement Agreement as signed by Plaintiff, despite it not containing all of the terms and conditions previously agreed to.

5. Defendant, in turn, will sign the Settlement Agreement and consummate the settlement of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that this Court find that Defendant has shown sufficient cause to the Court why settlement in this case is yet to be consummated.

Respectfully Submitted,

LUKS, SANTANIELLO, PETRILLO & JONES
Attorneys for Defendant
255 South Orange Avenue
Suite 750
Orlando, FL 32801
Telephone: (407) 540-9170
Facsimile: (407) 540-9171

By:  Douglas J. Petro
PAUL S. JONES, ESQUIRE
Florida Bar No.: 149550
E-Mail: PSJ@ls-law.com
DOUGLAS J. PETRO, ESQUIRE
Florida Bar No.: 064343
E-Mail: DPetro@ls-law.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 5th day of August, 2011 with the Clerk of Courts by using the CM/ECF System, which will automatically generate a Notice of Electronic Filing to: Brian J. Militzok, Esq., MILITZOK & LEVY, P.A., 3230 Stirling Rd. Suite 1, Hollywood, FL 33021-2027.

By: Douglas J. Petro
PAUL S. JONES, ESQUIRE
Florida Bar No.: 149550
E-Mail: PSJ@ls-law.com
DOUGLAS J. PETRO, ESQUIRE
Florida Bar No.: 064343
E-Mail: DPetro@ls-law.com